Case 2:11-cv-00299-PA-RZ Document 6 Filed 04/14/11 Page 1 of 2 Page ID #:89

Donald Aquinas Lancaster, Jr., Esq.
California State Bar Number: 258097
The Lancaster Law Group
21900 Burbank Boulevard, 3rd Floor
Woodland Hills, CA 90230
Telephone Number: 818.992.2924
Facsimile Number: 818.992.2925
DLancaster@thelancasterlawgroup.com

Attorney for the Plaintiff, Barrington Edwards.

JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| BARRINGTON EDWARDS,<br>PLAINTIFF,<br><br>V.<br><br>AURORA LOAN SERVICES, LLC<br>DEFENDANT AND DOES 1-<br>10, INCLUSIVE. | Case No.: 2:11-cv-00299-~~MRP~~-RZ  PA<br><br>[~~PROPOSED~~] ORDER STIPULATION TO DISMISS REMOVED LOS ANGELES SUPERIOR COURT CASE NUMBER BC450992.<br><br>Superior Court of California, County of Los Angeles Case No.: BC450992].<br><br>Complaint Filed: December 9 2010<br>Trial Date: None |

[Proposed] Order Granting Stipulation to Dismiss-Page 1

The stipulation was filed by the parties, by and through their counsels, to dismiss this action, without prejudice. This matter was dismissed, by the Plaintiff, the Los Angeles Superior Court and, on that same day, Defendant, removed the matter to United States District Court, Central District, Western Division.

Having read the stipulation filed herein, this Court hereby dismisses, without prejudice, case number 2:11-cv-00299-MRP-RZ. IT IS SO ORDERED.

Dated March 14, 2011

Judge of the District Court